# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Polster, Dan A. | 2. Court or Organization<br><br>U.S. Dist. Ct., ND Ohio | 3. Date of Report<br><br>04/13/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge--Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States District Judge
18B Carl B. Stokes U.S. Court
Cleveland, Ohio 44113

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Lifetime Trustee | Mandel Jewish Day School (formerly Agnon School) |
| 2. Trustee | Siegal Lifelong Learning Center/CWRU |
| 3. Secretary and Trustee | Jewish Education Center of Cleveland |
| 4. Trustee | Jewish Federation of Cleveland |
| 5. Trustee | Bellefaire Jewish Children's Bureau |
| 6. Trustee | family trust |
| 7. Board of Directors | Federal Bar Assn (Cleveland chapter) |
| 8. Vice Chairman and Board of Directors | Mt. Sinai Health Care Foundation |
| 9. Board of Directors | Global Cleveland |
| 10. Board of Directors | William K. Thomas Inn of Court |
| 11. Trustee | Mandel Foundation |
| 12. Trustee | Mandel Supporting Foundation |
| 13. Trustee | Yanowitz Supporting Foundation |
| 14. Treasurer and Board of Directors | Federal Judges Association |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 04/13/2018 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | U.S. Civil Service Retirement System (CSRS) vested pension for Dept. of Justice service (1976-1998); to be paid upon retirement from judicial service |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 04/13/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Park Synagogue (Stipend for teaching 9th and 10th grade classes) | $2,522.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Coleman Law LLC (sole practice) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | Federal Judges Association | 5/24--5/25/2017 | Washington, D.C. | Attend board meeting | hotel, meals |
| 3. | American Bar Association | 12/5--12/7/2017 | Washington, D.C. | Speak at Antitrust Section spring mtg | Air fare, hotel, meals |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 04/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Merrill Lynch Bank Deposit Program (Bank of America NA) | A | Interest | J | T | | | | | |
| 2. | Oakmark Intl Fund | A | Dividend | J | T | | | | | |
| 3. | Baron Growth Fd | A | Dividend | J | T | | | | | |
| 4. | GNM P41107 bonds | B | Dividend | J | T | | | | | |
| 5. | Cohen & Steers Reit Fd | B | Dividend | K | T | | | | | |
| 6. | Mainstay Large Cap Fd | A | Dividend | J | T | | | | | |
| 7. | NFJ Div Int Prem Strat Fd | A | Dividend | | | Sold | 2015 | J | A | |
| 8. | Amer.Funds Wash Fd | A | Dividend | J | T | | | | | |
| 9. | Eaton Vance Tax-Ad Gl Div Fd | B | Dividend | | | Sold | 09/01/17 | K | D | |
| 10. | Cohen & Steers Pref | A | Dividend | J | T | Buy (add'l) | 06/15/17 | J | | |
| 11. | Guggenheim Total Return Fd | A | Dividend | | | Sold | 01/30/17 | K | A | |
| 12. | Blackrock Multi Asset Fd | A | Dividend | J | T | Buy (add'l) | 06/15/17 | J | | |
| 13. | Lord Abbett Floating Rate Fd | A | Dividend | | | Sold | 07/25/17 | J | A | |
| 14. | Nuveen Real Asset Income Fd | A | Dividend | J | T | Buy | 07/25/17 | J | | |
| 15. | Oppenheimer Senior Floating Rate Fd | A | Dividend | K | T | Buy | 01/30/17 | K | | |
| 16. | James Alpha Global Real Estate Invest Fd | A | Dividend | J | T | Buy | 09/18/17 | J | | |
| 17. | Pimco Income Fd | A | Dividend | K | T | Buy | 06/15/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 04/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Principal Global Diversified Inc. Fd | A | Dividend | J | T | Buy | 09/18/17 | K | | |
| 19. | | | | | | | | | |
| 20. Liberty Acorn Tr Fd | A | Dividend | K | T | Sold (part) | 06/23/17 | J | A | |
| 21. Liberty Acorn Tr Fd | A | Dividend | K | T | Sold (part) | 12/27/17 | J | A | |
| 22. Celgene Corp | A | Dividend | K | T | | | | | |
| 23. Chevron/Texaco | B | Dividend | K | T | | | | | |
| 24. Intel | A | Dividend | K | T | | | | | |
| 25. Goldman Sachs Money Mkt | A | Dividend | K | T | | | | | |
| 26. Costco Wholesale Corp | A | Dividend | K | T | Buy (add'l) | 07/31/17 | J | | |
| 27. Vanguard Mid-Cap Fd | A | Dividend | K | T | | | | | |
| 28. Microsoft Corp. | A | Dividend | L | T | | | | | |
| 29. FedEx Corp. | A | Dividend | K | T | | | | | |
| 30. Du Pont De Nemours (now DowDupont) | A | Dividend | K | T | | | | | |
| 31. Facebook Inc. | A | Dividend | L | T | | | | | |
| 32. Walt Disney Co. Corporate Bond | A | Interest | K | T | Buy | 11/02/17 | K | | |
| 33. Ralph Lauren Corp. Bond | A | Interest | K | T | Buy | 11/02/17 | K | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 04/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Tenneco common | A | Dividend | J | T | | | | | |
| 36. Embarq (spinoff) | A | Dividend | J | T | | | | | |
| 37. Windstream (spinoff) | A | Dividend | J | T | | | | | |
| 38. CS&L Reit | A | Dividend | J | T | | | | | |
| 39. Nomura Partners Japan Fund Class S | A | Dividend | J | T | | | | | |
| 40. Unicom (formerly Comm. Ed. Preferred) | A | Dividend | J | T | | | | | |
| 41. Roulston Growth Fd | A | Dividend | J | T | | | | | |
| 42. PNC Bank (formerly National City)--check | A | Interest | J | T | | | | | |
| 43. PNC Bank-check | A | Interest | J | T | | | | | |
| 44. PNC Bank--CD | A | Interest | J | T | | | | | |
| 45. PNC Bank--CD | A | Interest | J | T | | | | | |
| 46. Ohio Savings - savings | A | Interest | J | T | | | | | |
| 47. IRA-Ohio Savings Bank (Amcap Class A Fd) | B | Dividend | K | T | | | | | |
| 48. IRA-Ohio Savings Bank (CD) | B | Interest | K | T | | | | | |
| 49. IRA-Prudential Equity Fund | C | Dividend | K | T | | | | | |
| 50. IRA-Prudential Equity Fd. | C | Dividend | K | T | | | | | |
| 51. Wife's SEP IRA (Securities America) lines 52-65 | E | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 04/13/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Gr. Fd of America | B | Dividend | M | T | Buy (add'l) | 03/02/17 | L | | |
| 53. Prudential Jennison Blend Rd | A | Dividend | L | T | | | | | |
| 54. Vanguard Total Stock Market Index | C | Dividend | K | T | | | | | |
| 55. Vanguard 500 Index Admiral | C | Dividend | K | T | | | | | |
| 56. Pimco Income Fd | D | Dividend | M | T | Sold (part) | 01/04/17 | M | A | |
| 57. Vanguard Short Term Inv. Gr. Investor | B | Dividend | | | Sold | 01/04/17 | M | A | |
| 58. First Eagle Global Class I | B | Dividend | M | T | Buy | 03/03/17 | M | | |
| 59. T Rowe Price Global Technology | A | Dividend | L | T | Buy | 09/01/17 | L | | |
| 60. Vanguard Equity Inc Admiral | D | Dividend | N | T | Buy | 01/04/17 | N | | |
| 61. Vanguard World FDS Vanguard Consumer | B | Dividend | L | T | Buy | 04/12/16 | L | | |
| 62. Wisdomtree Emerging Markets | C | Dividend | L | T | Buy | 09/13/16 | L | | |
| 63. Wisdomtree US Largecap | C | Dividend | M | T | Buy | 01/04/17 | M | | |
| 64. Wisdomtree US Midcap | A | Dividend | L | T | Buy | 04/12/16 | L | | |
| 65. Wisdomtree US Smallcap | A | Dividend | L | T | Buy | 04/12/16 | L | | |
| 66. | | | | | | | | | |
| 67. Mentor Property,LLC$40,000--12/19/12 | A | Distribution | K | R | | | | | |
| 68. Norton Property, LLC $27,000 | A | Distribution | K | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Polster, Dan A. | 04/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Euclid KV, LLC | A | Distribution | K | R | Buy | 11/10/17 | K | | |
| 70. | | | | | | | | | |
| 71. Trust** (lines 72-127) | E | Int./Div. | P1 | T | | | | | |
| 72. --State of Israel Bond | B | Interest | K | T | | | | | |
| 73. --Tenneco common | A | Dividend | J | T | | | | | |
| 74. --JPMorgan Chase | A | Dividend | J | T | | | | | |
| 75. --M.Lynch Money Market | A | Interest | L | T | | | | | |
| 76. -- Israel Preferred | A | Dividend | J | T | | | | | |
| 77. --. Dev. Bank of Israel Pref. | A | Dividend | J | T | | | | | |
| 78. -- Amer.Fds New Persp Fd | A | Dividend | K | T | | | | | |
| 79. --American Washington Mut Fd | A | Dividend | K | T | | | | | |
| 80. -- Oakmark Intl Fund | A | Dividend | J | T | | | | | |
| 81. --Baron Growth Fd | A | Dividend | J | T | | | | | |
| 82. --US GNM Bonds | A | Interest | J | T | | | | | |
| 83. --Eaton Vance Tax-Ad Fd | A | Dividend | | | Sold | 09/01/17 | K | A | |
| 84. Mainstay Large Cap Gr Fd | A | Dividend | K | T | | | | | |
| 85. Cohen & Steers Pref | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 04/13/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Cohen & Steers Reit | B | Dividend | K | T | | | | | |
| 87. Voya GNMA Inc Fd | A | Dividend | | | Sold | 01/30/17 | K | A | |
| 88. Lord Abbett Short Duration Inc Fd | B | Dividend | K | T | | | | | |
| 89. Blackrock Multi Asset Inc Fd | A | Dividend | J | T | Buy | 06/15/17 | J | | |
| 90. James Alpha Global Real Estate Inv Fd | A | Dividend | J | T | Buy | 09/18/17 | J | | |
| 91. Nuveen Real Asset Inc Fd | A | Dividend | K | T | Buy | 07/25/17 | K | | |
| 92. Pimco Inc Fd | B | Dividend | K | T | Buy | 06/15/17 | K | | |
| 93. Principal Global Diversified Fd | A | Dividend | J | T | Buy | 09/18/17 | J | | |
| 94. Lord Abbett Floating Rate Fd | A | Dividend | | | Buy | 01/30/17 | K | | |
| 95. Lord Abbett Floating Rate Fd | A | Dividend | | | Sold | 07/25/17 | K | A | |
| 96. | | | | | | | | | |
| 97. --Money Market (Janney Adv) | A | Interest | K | T | | | | | |
| 98. CPS Technologies Corp. | A | Dividend | K | T | | | | | |
| 99. Senomyx Inc | A | Dividend | K | T | Buy | 02/05/17 | K | | |
| 100. --Enbridge Energy Mgt. LLC | A | Dividend | L | T | | | | | |
| 101. Durect Corp. | A | Dividend | L | T | | | | | |
| 102. Vanguard Balanced Inc Fd | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 04/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Immucell Corp | A | Dividend | K | T | | | | | |
| 104. | | | | | | | | | |
| 105. --Money Market (Wells Fargo) | A | Interest | M | T | | | | | |
| 106. CBS Corp | A | Dividend | L | T | Sold (part) | 03/07/17 | J | C | |
| 107. -Spire Inc. (formerly Laclede Gas) common | B | Dividend | L | T | | | | | |
| 108. --Nuveen Ohio Munic. Fd | A | Dividend | J | T | | | | | |
| 109. --Eaton Vance Tax Managed Gr. Fd (formerly E.V. Marath) | A | Dividend | L | T | | | | | |
| 110. --Cedar Fair | D | Dividend | L | T | | | | | |
| 111. --American Express Co. | A | Dividend | K | T | | | | | |
| 112. --Chevron/Texaco | B | Dividend | L | T | | | | | |
| 113. --Enterprise Products | B | Dividend | K | T | | | | | |
| 114. --IBM Corp. | B | Dividend | K | T | | | | | |
| 115. --Emerson Electric Co. | A | Dividend | K | T | | | | | |
| 116. --Costco Wholesale Corp | A | Dividend | K | T | Sold (part) | 03/07/17 | K | D | |
| 117. Hospitality Properties Reit Trust | B | Dividend | K | T | | | | | |
| 118. --Vanguard Mid-Cap Fd | A | Dividend | K | T | | | | | |
| 119. Cincinnati Ohio Urban Redevelopment Bd | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 04/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Microsoft Corp | A | Dividend | L | T | | | | | |
| 121. Target Corp. | A | Dividend | | | Sold | 03/07/17 | K | A | |
| 122. Ishares ETF | C | Dividend | K | T | Buy | 10/25/17 | K | | |
| 123. Kraft Heinz Co | A | Dividend | K | T | Buy | 10/25/17 | K | | |
| 124. Walt Disney Co. Bond | A | Interest | K | T | Buy | 11/02/17 | K | | |
| 125. Ralph Lauren Corp Bond | A | Interest | K | T | Buy | 11/02/17 | K | | |
| 126. --Embarq. (spinoff) | A | Dividend | J | T | | | | | |
| 127. --Windstream (spinoff) | A | Dividend | J | T | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 04/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 04/13/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dan A. Polster**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544